UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. THOMPSON, | CASE NO. 1:10-CV-02260-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION/REQUEST FOR STATUS |
| | (ECF No. 11) |
| v. | |
| J. HARTLEY, et al., | |
| Defendants. | |

On December 6, 2010, Plaintiff Robert E. Thompson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

Before the Court is Plaintiff's Motion/Request for Status filed February 24, 2012. (ECF No. 11.) Plaintiff alleges that he filed this action fifteen months ago and that he has not received any notice regarding whether or not Defendants are to be served.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from

such relief. 28 U.S.C. § 1915A(b)(1),(2).

On February 27, 2012, the Court issued its Order Dismissing Plaintiff's Complaint with Leave to Amend. (ECF No. 12.) The Court will not direct service by the United States Marshal absent a pleading containing cognizable claims for relief against the named Defendants.

Plaintiff's Motion/Request for Status is moot.

Accordingly, for the foregoing reasons, it is ORDERED that Plaintiff's Motion/Request for Status, (Doc. 11), is DENIED.

IT IS SO ORDERED.

Dated:  February 27, 2012         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE