UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. THOMPSON, | CASE NO. 1:10-CV-02260-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND OR SUPPLEMENT THE COMPLAINT |
| v. | (ECF No. 14) |
| J. HARTLEY, et al., | |
| Defendants. | |

On December 6, 2010, Plaintiff Robert E. Thompson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 5.)

On February 27, 2012, the Court dismissed Plaintiff's Complaint for failure to state a cognizable claim, but gave Plaintiff until March 30, 2012 to file a first amended complaint. (ECF No. 12.) On March 14, 2012, Plaintiff filed his First Amended Complaint. (ECF No. 15.)

Before the Court is Plaintiff's Declaration filed March 13, 2012 (ECF No. 14) which the Court construes as a motion to amend or supplement the Complaint.

The proposed amendment is moot because Plaintiff has already filed a First Amended Complaint which supersedes the Complaint.

The Court will screen the First Amended Complaint in due course. The Court will

-1-

not direct service by the United States Marshal absent a pleading containing cognizable claims for relief against the named Defendants.

Accordingly, for the foregoing reasons, it is ORDERED that Plaintiff's Motion to Amend or Supplement the Complaint (ECF No. 14) is DENIED.

IT IS SO ORDERED.

Dated:   March 28, 2012            /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE